UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 15-876-AJW                                            Date:   May 6, 2015

Title:  JACQUES LEBLANC VS. U.S. CUSTOMS AND BORDER PROTECTION

PRESENT:  HONORABLE ANDREW J. WISTRICH,  U.S. MAGISTRATE JUDGE

Y. Benavides
Courtroom Deputy                                                   Court Reporter/CourtSmart

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                                NO APPEARANCE

PROCEEDINGS:     ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY
                                WITH FEDERAL RULE OF CIVIL PROCEDURE 4(i)

     Plaintiff(s) is ordered to show cause in writing no later than  May 21, 2015, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(i).

.

          In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                              Initials of Deputy Clerk  yb
CIVIL -- GEN