UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUES LEBLANC,<br><br>             Plaintiff,<br><br>                      v.<br><br>U.S. CUSTOMS AND BORDER<br>PROTECTION, et al.,<br><br>             Defendants. | No. CV 15-00876 AJW<br><br>**ORDER DISMISSING ACTION**<br>**WITH PREJUDICE**<br><br>Honorable Andrew J. Wistrich |

The parties, having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1.      Plaintiff's action is dismissed with prejudice in its entirety; and

2.      Each party shall bear their own costs of suit and fees.

Dated:  August 15, 2016

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1